TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00619-CR







Jack Warren Davis, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT


NO. CR-89-251, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's third motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Stanley G. Schneider, is ordered to tender a brief in this cause no later than October 9,
2002. No further extension of time will be granted.

It is ordered September 20, 2002. 


Before Justices Kidd, B. A. Smith and Yeakel

Do Not Publish